IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **PAVINA MANOSINH,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | EP-26-CV-00652-DB |
| | § | |
| **WARDEN OF THE ERO EL PASO E.** | § | |
| **MONTANA**, | § | |
| Respondent. | § | |

## ORDER

On this day, the Court considered "Federal Respondents' Emergency Motion to Remove the Stay of Removal" ("Motion"), ECF No. 8, filed on March 12, 2026. On March 9, 2026, Petitioner Pavina Manosinh filed a "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 3. The next day, this Court ordered Respondents not to **"**(1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed." ECF No. 5 at 3. Respondents were further ordered to show cause why the writ should not be granted by March 13, 2026. *Id.*

In their Motion, Respondents move the Court to lift or vacate Petitioner's stay of removal. ECF No. 8 at 1. According to Respondents, "[o]n March 4, 2026, ERO El Paso was informed of a removal date for Petitioner in the near future." *Id.* at 1. As a result, Petitioner needs to be moved to a facility in Louisiana for staging purposes for his removal flight. *Id.* at 2. The removal is expected to take place within the next four days. *Id.* However, Respondents provide no details on where they plan to remove Petitioner to. *See generally id.* Given Petitioner is proceeding *pro se* and the Court has recognized noncitizens are entitled to due process prior to third-country removal,

*see Morales Vazquez v. Bondi*, No. 26-CV-00577-DB (W.D. Tex. Mar. 11, 2026), the Court is unprepared to lift the stay of removal until further information is provided.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL FILE** a supplemental notice detailing which country Respondents plan to remove Petitioner to **by no later than March 14, 2026**. If Respondents intend to remove Petitioner to a third-country (i.e., a country that was not previously designated in Petitioner's underlying removal proceedings), Respondents are further instructed to advise the Court whether they provided Petitioner notice of which country they plan to remove him to and whether Petitioner was afforded an opportunity to be heard on fear-based claims.

**IT IS FINALLY ORDERED** that the District Clerk's Office **SHALL OVERNIGHT MAIL** a copy of this order to Petitioner Pavina Manosinh at ERO Camp East Montana, 6920 Digital Road, El Paso, Texas 79936, or whatever address is on file.

**SIGNED** this **13th** day of **March 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE