**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **PAVINA MANOSINH,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00652-DB** |
| | § | |
| **WARDEN OF THE ERO EL PASO E.** | § | |
| **MONTANA**, | § | |
| **Respondent.** | § | |

**<u>ORDER</u>**

On this day, the Court considered "Federal Respondents' Response to Petitioner's Writ of Habeas Corpus" ("Response"), ECF No. 19, filed on April 14, 2026. Therein, Respondents state: (1) Petitioner established a credible fear of persecution in Laos and was referred to an immigration judge for a withholding hearing; (2) because Petitioner may be granted withholding of removal to Laos, ERO is working to obtain a travel document from the Thai government; and (3) although Petitioner may be granted withholding or removal to Laos, such relief does not preclude ICE from deporting the alien to a third country. *Id.* at 2. Given Petitioner is proceeding *pro se* and the Court has recognized noncitizens are entitled to due process prior to third-country removal, *see Morales Vazquez v. Bondi*, No. 26-CV-00577-DB (W.D. Tex. March 11, 2026), the Court requires further information from Respondents on whether removal to Thailand or a third country is significantly likely in the reasonably foreseeable future. In lieu of a hearing, the Court will order supplemental briefing on the matter.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL FILE** a supplemental advisory, **<u>no later than April 22, 2026,</u>** directly answering the following:

1)  Has a travel document request for Petitioner been sent to the Thai government?

2) If yes, on what date was the travel document request sent? Has the Thai government confirmed receipt? When do Respondents anticipate a response (i.e., an acceptance or denial of the request) from the Thai government?

3) Have Respondents designated a different third country for removal other than Laos?

4) If yes, what steps have Respondents taken to effectuate Petitioner's removal to those third countries?

5) Has Petitioner been served with any notices of removal to said third countries?

**IT IS FURTHER ORDERED** the District Clerk's office **SHALL MAIL** a copy of this order to Petitioner Pavina Manosinh at ERO Camp East Montana, 6920 Digital Road, El Paso, Texas 79936, or whatever address is on file.

**SIGNED** this **15th** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**